MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: _Marsha L. Andrews

Chapter 7 Case No. 09-46573

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

__√__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| GE Money Bank<br>c/o Recovery Mgmt Systems Corporate<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 5 | 420.61 | 4.30 |

Dated: March /5, 2011

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Forms\(72) Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile: (952) 890-0244

RECEIVED
11 MAR 17 AM 9: 47
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

March 15, 2011

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:  Marsha L. Andrews
     BKY No. 09-46573

Dear Sir/Madam:

Enclosed for filing in the above matter is an original and one copy of MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $4.30 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:    United States Trustee

C:\Data\randy\Trustee-Mpls\Forms\(73) Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd